RECEIVED PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 4.25.23 (DATE) FOR MAILING
STAFF INITIAL J.M. I/M INITIAL

RECEIVED Mail Room
JUN 1 2 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

"Copy"

Case: 1:23-cv-01731
Assigned To : Unassigned
Assign. Date : 6/12/2023
Description: Pro Se Gen. Civ. (F-DECK)

VOID

#(1)

IN AND FOR THE UNITED STATES DISTRICT COURT BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

JAMES NELSON, PLAINTIFF  #SC00-1595 LT-98-14224A

V

STATE OF FLORIDA. ET. AL AT. THE Capitol PL., Tallahassee
FLORIDA DEPARTMENT OF CORRECTION. ET. AL.

IN RE CASE 1Y0 22-

"A NEW CIVIL ACTION AGAINST RETALIATION"
TO REOPEN - NOTICE OF APPEAL

THIS CAUSE CAME IN GOOD FAITH AS A EMERGENCY IMMINENT DANGER ISSUE AFTER RECEIVING THIS HONORABLE COURT 4/12/2023 FINAL DECISION TO DISMISS THE PLAINTIFF JAMES NELSON 206 CIVIL ACTIONS WITHOUT PREJUDICE, FOR FILING FEES. I RECEIVE THE ABOVE COURT RESPOND ON 4/24/2023 12 DAYS LATE. THE COURT MENTION THE CONSPIRACY OF THE DEFENDANTS ET OBSTRUCTING FEDERAL PROCEEDING 18 USC. STATUTE 1514.

11 USC. STATUTES. 727, AND 523 AND 526 OF TITLE 11 USC. BANKRUPTCY STATUTES PROHIBIT JUDGES FROM ISSUING A DISMISSAL OR DISCHARGING THE ABOVE 2023 CIVIL ACTION AGAINST 84 DEFENDANTS ET. AL. 28 USC. STATUTE 144 PROHIBITS JUDGES FROM BEING PREJUDICE IN SENSITIVE MATTER WITHOUT FILING FEES OF COURT COST SHOULD NOT EFFECT THE OUTCOME

#(2)

OF THE PLAINTIFF JAMES NELSON CIVIL ACTION AGAINST 34 DEFENDANTS ET-AL. THE FLORIDA DEPARTMENT OF CORRECTION IS ILLEGALLY HOLDING MR. JAMES NELSON DC#307445 LIKE HOSTAGE NOT IN SEGREGATED CONFINEMENT AFTER SUSTAINING INJURIES TO MY FOREHEAD, FACE AND RIGHT EYE AREA FROM A ATTACK ASSAULT BLOW OF TRAUMA TO THE RIGHT SIDE OF MY FACE. I WAS DOUBLE TEAM BY 2 INMATES ON CAMERA AT MY ROOM F/113 L IN A HOSTILE ENVITOMENT.

THERE WAS NO OFFICER TO PROTECT ME AROUND 4:59 PM. IT IS ALLEGE THEY WHERE STACKING THE DECK CHARGES AGAINST ME ACCUSING ME OF CELL PHONE CHARGES THEY FOUND IN THE WALL AND FOR BOTTLES THE CELL ALCOHOL AND DRUG AND TOBACCO DISTRIGUTION. SUCH ATTACK'S AGAINST THE PRO SE ATTORNEY JAMES NELSON IS TO SLANDER THE INTEGRITY OF THE PLAINTIFF JAMES NELSON ON D-6 229 DISCIPLINARY REPORTS TO SUBJECT ME TO SEGREGATED CONFINEMENT AND THREATS OF CRUEL AND UNUSUAL PUNISHMENT OF C.M. CLOSE MANAGEMENT. DISREGARDING I DON'T HAVE ANY SENTENCING ORDERS OR JUDGEMENT FROM ANY JUDGE OR ANY UNIFORM COMMITMENT ORDERS DATED NOVEMBER 19, 2001 AFTER MY MAY 22 2001 SENTENCE WAS VACATED NOVEMBER 19, 2001. THEY SENT ME BACK TO PRISON WITHOUT JUDGES ORDERS OR UNIFORM COMMITMENT PAPERS TO THE JACKSONVILLE SHERIFF OFFICE OR FLORIDA DEPARTMENT OF CORRECTION. IN VIOLATION OF FLORIDA STATUTE 944.17 (5)(C) NO PROBABLE CAUSE "NO ACCOUNTABILITY" OF PROPER PAPERS OF UNIFORM COMMITMENT PAPERS TO IMPRISON OF FALSE IMPRISON JAMES NELSON

#(3)

IN MY IN RE CASE NO# 98-14227 CF. VACATED NOVEMBER 19, 2001. IT APPEARS THAT JUDGES ARE CONSPIRING TO ALLOW THE DEFENDANTS TO INFLUENCE AND INDUCE DISMISSAL AND DISCHARGES FOR FILING FEES THAT THE INTERNAL REVENUE SERVICE PAID ON MARCH 26, 2021. AND A DUPLICATE CHECK FOR 1,810,000 WAS SENT TO THE FLORIDA DEPARTMENT OF CORRECTION INMATE TRUST FUND BANKING ON SEPTEMBER 14, 2022. THE COURT HAS NOT ACKNOWLEDGE THIS CHECK. WHICH THE FLORIDA DEPARTMENT OF CORRECTION IS CAUSING BANK FRAUD BY NOT PAYING THE FILING FEES.

28 U.S.C. STATUTE 1291, 1292(A) ALLOWS APPEAL FROM FINAL ORDERS FOR COURT FILING FEE COURT COST. 42 U.S.C. STATUTE 1985(1)(2)(3) CONSPIRACY TO DISCRIMINATE AND DEPRIVE THE PLAINTIFF JAMES NELSON RELIEF IN ACCORDANCE TO FLORIDA CONSTITUTION ARTICLE (1) SECTION (13) IN 28 U.S.C. STATUTE 2243 FAILURE TO RELEASE THE PLAINTIFF JAMES NELSON ON SEPTEMBER 28, 2000 OR AUGUST 1, 2000 THE DATE SUPREME COURT OF FLORIDA IN RE CASE NO# SC00-1595, LT CASE No# 98-14227 CF., TRANSFERRED THE HABEAS CORPUS PETITION TO THE OFFICE OF THE CLERK OF DUVAL COUNTY FLORIDA CLERK RONNIE FUSSEL WHOM CONSPIRED AND HAS VIOLATED FLORIDA CONSTITUTION ARTICLE (1) SEC. (2) (BASIC RIGHT, AND FLORIDA CONSTITUTION ARTICLE (1) SEC. (9) DUE PROCESS CLAUSE. SUCH EXPOST VIOLATIONS IN FLORIDA STATUTE 775-087 10/20/LIFE 1999 STATUTES AND FLORIDA STATUTE 775-084 HABITUAL OFFENDER 1999 STATUTE NO WHERE ILLEGALLY APPLY BY THE STATE OF FLORIDA IN RE CASE NO# 98-14227 CF WHICH THE STATE OF FLORIDA

1


#(4)

WILLFULLY DELIBERATE ACKNOWLEDGE FEDERAL LAWS THAT PROHIBIT THE STATE OF FLORIDA ET.AL FROM EXCEEDING ITS JURISDICTION TO DISREGARD A SUPREME COURT OF FLORIDA HABEAS CORPUS CONTRACT THATS BINDING BY CONTRACTUAL BUSINESS LAW THAT DOES NOT USE FOR STATE ERRORS TO APPLY ILLEGAL CRUEL AND USUAL PUNISHMENT PENITENTIARY SENTENCES TO ILLEGALLY WARE HOUSE THE PLAINTIFF JAMES NELSON IN VIOLATION OF 15 USC. STATUTE 78, 80, 80-1 MANIPULATIVE DEVICES OF SECURITIES AND ILLEGAL UNDER-WRITING BONDS OF PRISONERS INTENTIONALLY AGAINST THE PLAINTIFF JAMES NELSON FOR 25 YEARS. SEE FED. CIV.P. RULE 4 APPLICABILITY FOR FEES.

IT IS THE FEDERAL GOVERNMENT AUTHORITY TO INTERVENE AND EMERGENCY RELEASE THE PLAINTIFF JAMES NELSON DC#307445 FROM ANY MORE HARM OF THE AGENCIES THAT HAS TO CONTINUE TO RACIALLY PROFILE NELSON AS THE BAD GUY TO ROB 1.94 TRILLION DOLLARS A YEAR FROM THE FEDERAL GOVERNMENT WITHOUT ANY F.B.I. INVESTIGATION OR MURDERS OR ATTACKS AGAINST ME THE ATTORNEY IN THE FLORIDA DEPARTMENT OF CORRECTION ET.AL AND STATE OF FLORIDA ET.AL ILLEGAL CUSTODY, THE SAME CUSTODY THAT WILL ROYALLY GRANT THE PLAINTIFF JAMES NELSON FATHER WHOM THE STATE OF FLORIDA AND COURT APPOINTED TRUSTEE HAS HELD 4,000,000 DOLLARS IN CORPUS LEGIS CHIEF OF FINANCIAL AFFAIR BANKING FOR 48 YEARS PLUS TAXES AT 4X THE COST FOR REFILING THIS WRONGFUL DEATH CLAIM. THEY DON'T WANT TO PAY AT ALL ANY RELIEF

THE PLAINTIFF NELSON HAS BEEN ATTENDING PRISON FELLOW SHIP ACADEMY FAITH BASE CHARACTER PROGRAMS AND STEADY-LY GOING TO THE CHAPEL CHURCH AS A MODEL INMATE THE DEFENDANTS ET-AL THE FLORIDA DEPARTMENT OF CORRECTION ET-AL. HAD NO PROBLEMS OUT OF THE PLAINTIFF NELSON. I'VE BEEN D.R. FREE THAT DISCIPLINARY ACTION. THEY

(5)

THE STAFF EMPLOYEE RACIAL PROFILING AND FRAUDULENT REPORTS AND RECORDS VIOLATE 18 USC STATUE 1001 AND FRAUD UPON THE COURT FED. CIV. P. RULE 11 (1)(A)(1)(2)(3)(4)(5)(6)(7)(8). THE FEDERAL CIV. P. RULE 60 (B)(4) GRANTS THE PLAINTIFF JAMES NELSON RAISER IMMEDIATELY FROM FURTHER INJURIES AND HARM PLACING JAMES NELSON A pro se ATTORNEY AND PLAINTIFF IN HARMS WAY. WITHOUT SENTENCING ORDERS OR JUDGEMENTS OR UNIFORM COMMITMENT PAPERS IN VIOLATION OF FLORIDA ADMINISTRATIVE CODE 33-601-210(17)(2). FAILURE TO HAVE PROPER UNIFORM COMMITMENT PAPERS OR PROBABLE CAUSE FROM THE STATE OF FLORIDA. JUDGES IN VIOLATION OF FLA. R. COURT RULE 1.133 IS FALSE IMPRISONMENT FOR 25 YEARS illegally

THE COURT STATES THE ABOVE CASE IS SUBJECT TO REOPENING LIKE OTHER CASE THAT ARE BATTED DOWN CAUSING IRREPARABLE DAMAGES. THE COURT HAS BIASLY DISMISS AND DISCHARGE CASES WITHOUT MONETARY DAMAGES AND DEFENDANTS LIABLE FOR INJURIES HAVE NO paid 1 PENNY THE GRAVE EN POSE SEXY FUTURE DAMAGE ARE HAPPENING NOW. WHILE I AM SUFFERING REPORTS OF INMATES AND OFFICERS ATTACKS AND INJURIES AND SLAUGHTERING REPORTS. THEY DISREGARD ME APPLYING MY SELF IN FAITH BASE CHARACTER programs FOR REHABILITATION. THE AGAINST ME AND ANY INMATE TRYING TO do BETTER To go HOME THEY WRIT BAD REPORTS TO THE COURTS TO HOLD ME AND OTHER INMATES FOR AS LONG AS NOT GOVERNMENT AGENCY NOTICE THE STEALING OF LIVES AND HIDING HUMAN - OR HUMAN TRAFFICING LEGALIZE FOR AGENCIES! Illegally. RACKETEERING.

#(6)

WHEREFORE SENSE SACRETRY MR. DIXION AND HIS EMPLOYEE'S FOR THE FLORIDA DEPARTMENT OF CORRECTION ET-AL AND CLASSIFICATION HAS HOUSED THE PLAINTIFF JAMES NELSON A PRO SE ATTORNEY AND PRISONER AT ILLEGAL HOY CUSTODY LEVELS ENDANGERING JAMES NELSON LIFE, PUTTING THE PLAINTIFF IN HARMS WAY TO GET KILLED. WITH REPRISAL F.A.C. FLORIDA ADMINISTRATIVE CODE 33-103.002 (6)(9) RETALIATION IN LITIGATION THROUGH ADMINISTRATIVE MISCONDUCT. FALSIFYING REPORTS AND OIGIS SYSTEMS DATA DECEPTIVE PRACTICE AND WIRE FRAUD, MAIL FRAUD 18 U.S.C. STATUTE 1703, 1704, 1702, 1703, OBSTRUCTING FEDERAL PROCEEDING USEING MRS. LUCUS THE LIBRARIAN WHO IS DENYING ACCESS TO 20 BOXES OF FEDERAL EVIDENCE — MOTIONS COURT ORDER, COMPLAINTS REPEATEDLY FILED AND INJUNCTIONS AGAINST THE DEFENDANTS ET AL. WHO'S RETALIATION IN LITIGATION VIOLATE THE ENTIRE 18 U.S.C. STATUTE 1514, REF 18 U.S.C. STATUTE 1512 RETALIATION IN LITIGATION. THE PRISON COLUMBIA CORRECTION INSTITUTION HAS BEEN "CONDEMED"

WITH BLACK FUNGIS IN WALLS PIPE BUSSING, SHOWERS DON'T WORK CRACK INSIDE WALLS UNPROFESSION MISCONDUCT. IN VIOLATION OF F.A.C. CODE 33-208.210.(1)(2)(3)(4)(5)(6)(7)(8). IT IS WARRANTED IMMEDIATE ACTION SHALL TAKE CRIMINAL ADMINISTRATIVE EMPLOYEE MISBEHAVIOR AS FEDERAL OFFENSES, HIPPO HEALTH VIOLATION OF UNFIT HOUSING AND WAREHOUSING PRISONER FOR CORPORATE FINANCIAL ILLEGAL GAINS AND GOVERNMENT BENIFITS. 28 U.S.C. STATUTE 1655 SET ASIDE JUDGEMENT IS HEREBY REQUEST FOR ORDER AND EMERGENCY RELEASE FROM CRUEL AND UNUSUAL MISCONDUCT 28 U.S.C. STATUTE 1361

#(7)

WHEREFORE MRS.APPROPRIATION OF FEDERAL FUNDING AND MRS. CONNECT OF ICT. CLASSIFICATION STATE OF FLORIDA CLASSIFICATION, WHOSE ALLOWING ILLEGAL HOUSING AND STAY HIGH CUSTODY IN HOSTILE ENVIRONMENT'S IN HARMS WAY WITHOUT PROPER SECURITY IN THERE CARE AND CUSTODY IN VIOLATION OF FLORIDA STATUTE 744.17 AND FLORIDA ADMINISTRATIVE CODE 33-601.240(1)(2), NO RECORDS NO ACCOUNTABILITY. IT IS A FELINE OFFENSE FOR 25 YEARS OF HOLDING THE PLAINTIFF JAMES NELSON, THE STATE OF FLORIDA ET. CONSPIRACY BANK FRAUD, SECURITY FRAUD, CRUEL UNUSUAL PUNISHMENT, MISAPPROPRIATE FEDERAL FUNDING, OF FRAUDULENT PROGRAMS, STEALING FEDERAL FUNDING $100,000 OF DOLLARS PAST EMPLOYEE CORRECTION ILLEGALLY HOUSING THE PLAINTIFF NELSON, THE APRIL 15, 2005 ILLEGAL SANCTION, BARRING NELSON FROM ACCESS TO THE COURT AND FROM REPRESENTING HIM SELF. VIOLATE FIRST AMENDMENT CONSTITUTIONAL CONGRESS MINAL ACTS, UNDER A COLOR OF LAW. FOR TWO MONTH MRS. LUCUS STOP MY MOTION FOR INFORMIA PAUPERIS @ 50 PAGES - EXHIBITS OF BANKRUPTCY - TAX FRAUD COMPLAINT - TAX EVASION AGAINST THE STATE OF FLORIDA. ON 4/15/2023 SHE DENIED COPYS. "And illegal read my data without search CONFIDENTIAL INFORMATION FOR THE STATE OF FLORIDA. ET AL AND THE FLORIDA DEPARTMENT OF CORRECTION ET AL AGAINST 34 DEFENDANTS. I AM FILING DETAIL GREVANCES AGAINST HER OBSTRUCTING FEDERAL PROCEEDINGS 18 USC STATUTE 1514 AND VIOLATING FLORIDA ADMINISTRATIVE CODE 33-501.302(1)(2)(3)(4)(5)(6)(7)(8) AND ENTIRETY IN VIOLATION 33-208.002(1)(2)(3)(4)(5)(6)(7)(8). I AM HOUSED ALONE IN SEGREGATED CONFINE MENT. SWOLLEN UP FACE FROM INMATE ATTACK, RIGHT AFTER I GOT THIS COURT ROYAL DISMISSAL FOR FILING FEES OF $350.00 Z.B.S IS SENDING THE CHECKS TO FLORIDA DEPARTMENT OF CORRECTION FOR $1810.00.

17(8)

THE COURT HAS ENTERED PREJUDICE DISMISSAL WHICH FEDERAL LAW STATES BEFORE A DISCHARGE OF DISMISSAL THE DEBTOR THE STATE OF FLORIDA ET-AL MUST PAY ITS DEBTS TO THE PLAINTIFF JAMES NELSON, AKA JAMES GAYNOR IN THE ESTATE OF RONALD GAYNOR. IN CORPUS LEGIS FUNNING Held IN THESE BANKS AND TRUST FOR 4,000,000 FOR 46 YEARS AND INTEREST IMMEDIATELY, BEFORE THE CASE MAY BE DISMISSED. 11 USC. STATUTE 523, 526 AND 11 USC. STATUTE 727, 11 USC. STATUTES 101, 322, 324

THE PLAINTIFF PRAYS FOR WARRANTS AND PROSECUTIONS OF ANY AND ALL CRIMES AGAINST THE PLAINTIFF JAMES NELSON A PRO SE ATTORNEY. WITH FEDERAL GOVERNMENT INTERVENING AND INVESTIGATING MISCONDUCT IMMEDIATELY. AND COMPENSATE THE PLAINTIFF JAMES NELSON AND SANCTION 11.C. KIVIL/ORDER BANKRUPTCY PROCEDURE 7007 AND 7011 FOR FRAUDULENT SANCTIONS OF STATE OF FLORIDA APRIL 10 2015 FRAUDULENT SANCTIONS. THAT GAURANTEE RELIEF MONETARILY AND ATTORNEY FEES OF $1,850,000 DOLLARS EVERY SIX MINUTE FOR ILLEGAL MANIPULATION OF SECURITIES AND ACTUAL ILLEGAL WRITE HOUSING, IN RE CASE NOH SC00-1595 L.T. CASE NO 98-4Y227CF.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY HAS BEEN FURNISHED TO THE OFFICE OF THE CLERK FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA AT E. BARRETT PRETTYMAN COURT HOUSE WASHINGTON DC 20001 HAND DELIVERED THIS 4/25/2023 BY COLUMBIA C.I STAFF-US POSTAL SERVICE.

RESPECTFULLY SUBMIT
PRO SE ATTORNEY /s/
COLUMBIA CORRECTIONAL INSTITUTE
216 S.E. CORRECTION WAY LAKE CITY FLORIDA 32025.